UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARIO S. FAULK,

    Plaintiff,

v.                                    Case No.  5:20-cv-270-TKW/MJF

WILLIAM L. WRIGHT and CHRISTINA
PUMPHREY,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This prisoner civil rights case, filed under 42 U.S.C. § 1983, is before the court on referral from the clerk of the court.[1] On May 25, 2021, the undersigned ordered Plaintiff to file an amended complaint or a notice of voluntary dismissal because Plaintiff's complaint failed to state a claim upon which relief can be granted. It also violated the Local Rules and the Federal Rules of Civil Procedure.[2] (Doc. 8).

---

[1] The District Court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b).

[2] On July 26, 2021, the undersigned's order was returned "undeliverable" because Plaintiff is no longer confined at the Calhoun County Jail. (Doc. 10). Plaintiff, however, failed to update his address with the clerk of the court. Plaintiff's failure to update his address does not excuse his failure to comply with court orders. *Gilbert v. Daniels*, 725 F. App'x 789, 792 (11th Cir. 2018) (noting that Plaintiff's "failure to receive the court's prior order, and his failure to comply with that order was

Plaintiff was warned that failure to comply with that order likely would result in dismissal of this case. (*Id*. at 15). Plaintiff has not complied with that order and has not responded to the show-cause order issued by the undersigned on July 6, 2021.[3] (Doc. 9).

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.[4]

2. The clerk of court of the court be directed to close this case file.

At Pensacola, Florida, this 20th day of August, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. Any different deadline that may appear on the**

---

'entirely' his own fault" because he failed to keep the court apprised of his current address").

[3] The show cause order had a 30-day response deadline. (Doc. 9). Two additional weeks have passed since the show-cause deadline.

[4] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

**electronic docket is for the court's internal use only and does not control.** **An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** ***See*** **11th Cir. R. 3-1; 28 U.S.C. § 636.**