UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARIO S. FAULK,

    Plaintiff,

v.                                    Case No.  5:20-cv-270-TKW/MJF

WILLIAM L. WRIGHT and CHRISTINA
PUMPHREY,

    Defendants.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed due to Plaintiff's failure to comply with court orders.  Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 13th day of September, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**